UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT TORRENS, | Case No: CV 17-4592-GW(AGRx) |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | Judge:  Hon. George H. Wu |
| Defendant. | |

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:17-cv-04592 GW (AGRx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED all dates be vacated and taken off the court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear her or its own attorneys' fees and costs in this matter.

IT IS SO ORDERED.

Dated:  April 4, 2018

_George H. Wu_
_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE